**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ONTERIA L. REESE,

      Plaintiff,

v.                                                                           Case No.   3:17-cv-508-J-34MCR

CAMBRIDGE ESTATES
HOMEOWNERS ASSOCIATION, INC.
and RACHEL R. TAUBE, ESQUIRE,

      Defendants.

_____

# O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 13; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on December 19, 2017.  In the Report, Judge Richardson recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 11) be denied, and that this case be dismissed without prejudice.  See Report at 1-7.  Plaintiff filed her objection to the Report on December 19, 2017.  See Objection to Magistrate's Order/Report and Recommendation (Dkt. No. 14; Objection).[1]

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

---

[1] Although Plaintiff filed an Objection, in it she fails to make any attempt to identify any factual or legal error in the Report.  Nevertheless, the Court has conducted a careful de novo review of the matter.

see also 28 U.S.C. § 636(b)(1).   However, the district court must review legal conclusions de novo.   See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objection and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.   Accordingly, it is hereby

**ORDERED:**

1.   Plaintiff's Objection to Magistrate's Order/Report and Recommendation (Dkt. No. 14) is **OVERRULED**.

2.   The Magistrate Judge's Report and Recommendation (Dkt. No. 13) is **ADOPTED** as the opinion of the Court.

3.   Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 11) is **DENIED**.

4.   This case is **DISMISSED without prejudice**.

5.   The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of January, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Parties